```
                    FILED
          CLERK, U.S. DISTRICT COURT

                 JUN - 7 2012

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE # 12-MJ-1355 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| David Frankish | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ✓ ) the appearance of defendant as required; and/or

(B) ( ✓ ) the safety of any person or the community.

//

//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _See PSA Report_

(B) (✗) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See PSA Report_

IT IS ORDERED that defendant be detained.

DATED: 6/7/12

_/s/ [signature]_
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE